JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| JORGE RUBEN DIAZ PENALOZA,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN et al.,<br><br>Respondents. | Case No. 5:26-cv-00246-MWF-DFM<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is GRANTED in part. Respondents shall arrange for Petitioner to receive an individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a) within seven (7) days, with instructions that the immigration judge has jurisdiction under 8 U.S.C. § 1226(a) to consider bond. Respondents are ordered to release Petitioner from custody if Petitioner is not timely provided

///

///

///

///

with the aforementioned hearing. The parties are ordered to file a compliance status report within ten (10) days.

Dated: May 4, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge